# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**GERALD ABRAHAM, ET AL.,**                                                         **PLAINTIFFS**

**v.**           **CIVIL ACTION NO. 4:06-CV-133-GHD-EMB**

**METLIFE AUTO & HOME, ET AL.,**                                     **DEFENDANTS**

### ORDER

This cause comes before the Court pursuant to Rule 16.1(B)(2)(b) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> [a] motion to remand . . . shall stay the attorney conference and disclosure requirements and all discovery not relevant to the remand... and shall stay the parties' obligation to make disclosures pending the court's ruling on the motions.

In the instant case, a motion to remand was filed by plaintiffs on August 24, 2006 [doc. 7]; therefore all proceedings unrelated to the issue of remand shall be stayed pending the Court's ruling on the motion to remand. Therefore, it is

**ORDERED:**

That all proceedings outside the briefing of the motion to remand are **STAYED**. Furthermore, the parties shall notify the undersigned within ten (10) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 28th day of August, 2006

                                                                       **/s/ Eugene M. Bogen**
                                                                       **U. S. MAGISTRATE JUDGE**